**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Manuel RIOS-OJEDA, also known as Jose Ortiz-Villarreal, also known as Victor Flores-Huerta, also known as Ulises Garrido-Zambudio, Defendant-Appellant**

**No. 16-40944**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 21, 2017

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: [*]

Appealing the judgment in a criminal case, Manuel Rios-Ojeda raises an argument that is foreclosed by *United States v. Rodriguez-Salazar*, 768 F.3d 437 (5th Cir. 2014). In *Rodriguez-Salazar*, 768 F.3d at 437-38, we rejected the argument that the Texas offense of theft is broader than the generic, contemporary definition of theft because the Texas offense, which includes theft by deception, may be committed by taking property with the owner's consent. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.